# EXHIBIT C





Craig & Ray bare it all for New Jersey Monthly

 Email





Check out **Bob Ingle's blog** for articles on the Jersey Guys and more!