# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

Michael O. Kassak, Esquire
White and Williams LLP
LibertyView
457 Haddonfield Road, Suite 400
Cherry Hill, NJ 08002-2220
Tel. (856) 317-3600
kassakm@whiteandwilliams.com

Maurice Harmon, Esquire
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Tel. (610) 262-9288
maurice@harmonseidman.com
*Admitted pro hac vice*
*Attorneys for Plaintiff Peter Murphy*

| | |
|---|---|
| PETER MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-1743(JAP) |
| v. ) | |
| ) | |
| ) | |
| MILLENNIUM RADIO ) | |
| GROUP LLC, ) | Electronically Filed |
| CRAIG CARTON and ) | |
| RAY ROSSI, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL OF PLAINTIFF PETER MURPHY

Notice is hereby given that Peter Murphy, Plaintiff in the above named case, appeals to the United States Court of Appeals for the Third Circuit, from the following Orders and Opinion of the United States District Court for the District of New Jersey entered in this action:

6202289v.1

1. All parts of the Opinion (Doc. No. 43) entered March 31, 2010;

2. All parts of the Order (Doc. No. 44) entered March 31, 2010, granting Defendants' Motion For Summary Judgment (Doc. No. 24) and closing this action;

3. All parts of the Order entered October 20, 2009 (Doc. No. 29), denying Plaintiff's Motion To Continue The Disposition of Defendants' Motion For Summary Judgment and Permitting Him To Engage In Discovery (Doc. No. 25).

DATED: April 20, 2010

/s Michael O. Kassak
Michael O. Kassak, Esquire
White and Williams LLP
457 Haddonfield Rd., Suite 400
Cherry Hill, NJ 08002-2220
Tel. (856) 317-3600
kassakm@whiteandwilliams.com

Maurice Harmon
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Tel. (610) 262-9288
maurice@harmonseidman.com
*Admitted pro hac vice*
*Attorneys for Plaintiff Peter Murphy*